12-2425

Critz v.

ProStrakan

JON P. McCALLA

12-2425

Critz v.

ProStrakan

TU M. PHAM