UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* [UNDER SEAL], and<br><br>STATE OF TENNESSEE *ex rel.* [UNDER SEAL]<br><br>    Plaintiff,<br><br>v.<br><br>[UNDER SEAL]<br><br>    Defendant. | Civil Action No. 2:12-cv-02425 |

**FILED UNDER SEAL**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DEBORAH CRITZ, and <br><br> THE STATE OF TENNESSEE, *ex rel.* DEBORAH CRITZ <br><br> Plaintiff, <br><br> v. <br><br> PROSTRAKAN, INC., <br><br> Defendant. | Civil Action No. 2:12-cv-02425 <br><br> **FILED UNDER SEAL** |

## NOTICE OF APPEARANCE

Please take notice that Mary Elizabeth McCullohs, Assistant Attorney General, Office of the Attorney General and Reporter for the State of Tennessee, hereby notifies the Court that she is making an appearance on behalf of the State of Tennessee.

Respectfully Submitted,

ROBERT E. COOPER, JR.
ATTORNEY GENERAL & REPORTER


s/Mary Elizabeth McCullohs
MARY ELIZABETH MCCULLOHS (BPR 026467)
Assistant Attorney General
Medicaid Fraud & Integrity Division
Tennessee Attorney General's Office
425 Fifth Avenue North
Nashville, Tennessee 37243
Phone: (615) 741-8126
Fax:    (615) 532-4892

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Notice of Appearance* was mailed, first class postage prepaid, this 11th day of June, 2012 to the following:

United States Attorney's Office
Western District of Tennessee
167 North Main Street, Suite 800
Memphis, TN 38103


John W. Roberts
J. David Wicker
1720 West End Avenue, Suite 402
Nashville, TN 37203

Rory Delaney
7 Liberty Square, 2nd Floor
Boston, MA 02109

*Attorneys for Relator*


s/Mary Elizabeth McCullohs
MARY ELIZABETH MCCULLOHS
